**O'BRIEN, BELLAND & BUSHINSKY, LLC**
1526 Berlin Road
Cherry Hill, New Jersey 08003
(856) 795-2181
By:   Steven J. Bushinsky, Esquire
       W. Daniel Feehan, Esquire

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE and VACATION FUNDS, *et. al.*, <br><br> *Plaintiffs*, <br> v. <br><br> ADB PAINTING SERVICES CORPORATION, <br><br> *Defendant.* | Case No. 2:20-cv-07080-KSH-CLW <br><br> *Civil Action* <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

The matter in difference in the above entitled action by and between Plaintiffs and Defendant, ADB Painting Services Corporation, it is hereby stipulated and agreed that the Complaint be and it is hereby dismissed without prejudice against Defendant, ADB Painting Services Corporation.

                                   **O'BRIEN, BELLAND & BUSHINSKY, LLC**

                                   *Attorneys for Plaintiff*

                                   By:   *W. Daniel Feehan /s/*
                                          W. Daniel Feehan, Esquire

Dated: March 22, 2021

SO ORDERED this day of March 23, 2021
s/Katharine S. Hayden
Hon. Katharine S. Hayden
Unites States District Judge